NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ALTAMONT SOFTWARE, INC.,**
*Appellant*

**v.**

**SORNA CORPORATION,**
*Appellee*

---

2020-2027

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00218.

---

**JUDGMENT**

---

WILLMORE F. HOLBROW, III, Buchalter, A Professional Corporation, Los Angeles, CA, argued for appellant. Also represented by CHRISTINA LE TRINH, Irvine, CA.

ALEXANDER J. FARRELL, Best & Flanagan, LLP, Minneapolis, MN, argued for appellee. Also represented by FRANK S. FARRELL, F.S. Farrell, LLC, Eden Prairie, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 2, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court